IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BRANDON ALAN MILLER | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case 1:25-cv-000196 |
| | ) |
| THE CITY OF SODDY DAISY, TENNESSEE; | ) |
| BURT JOHNSON, in his individual and official | ) |
| capacities; BILLY PETTY, in his individual and | ) |
| official capacities; and MIKE SNEED, individually | ) |
| | ) |
| Defendants | ) |

DEFENDANTS MOTION TO DISMISS
AND/OR MOTION FOR SUMMARY JUDGMENT
FED. R. CIV. P. 12(b)(6) & 56

The Defendants, City of Soddy Daisy, Burt Johnson, Billy Petty and Mike Sneed hereby move to dismiss the claims in the Complaint and or for summary judgment with respect to each claim asserted therein for the following reasons:

1. The Plaintiff's claims are barred by the statute of limitations.

2. Even if not barred by the statute of limitations, the Plaintiff's First Amendment Claims are not actionable because the Plaintiff's speech was made pursuant to his official duties as a law enforcement officer.

3. Even if not barred by the statute of limitations, the TPPA and TPEPFA claims against the individual defendants must be dismissed because such claims may only be asserted against employers.

4. Even if not barred by the statute of limitations, the Plaintiff's conspiracy claims,

whether under federal or state law, are barred by the intracorporate conspiracy doctrine.

5. The individual defendants are entitled to qualified immunity.

6. The Plaintiff fails to state a claim for vicarious liability.

7. If the Court dismisses the Plaintiff's causes of action, the request for permanent injunction is moot.

In addition to the memorandum filed contemporaneously herewith, the Defendants rely upon the items contains in the Joint Appendix.

## CERTIFICATION

Undersigned counsel conferred with Plaintiff's counsel prior to the filing of this motion, and the parties have been unable to agree that the Complaint can be cured by a permissible amendment.

Respectfully submitted,

**ROBINSON, SMITH & WELLS, PLLC**
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN  37450
Telephone:  (423) 756-5051
Facsimile:  (423) 266-0474

By:  s/ *Philip Aaron Wells*
  Philip Aaron Wells, BPR# 036248
  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on August 19, 2025, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

        Robinson, Smith & Wells, PLLC

By:    s/ *Philip Aaron Wells*