# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| BRANDON ALAN MILLER, ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:25-cv-196 |
| ) | |
| v. ) | Judge Travis R. McDonough |
| ) | |
| THE CITTY OF SODDY-DAISY, ) | Magistrate Judge Christopher H. Steger |
| TENNESSEE, *et al.*, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum opinion, Defendants' motion for summary judgment (Doc. 11) is **GRANTED**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*s/ LeAnna R. Wilson*
CLERK OF COURT